**IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
IN AND FOR HILLSBOROUGH COUNTY, FLORIDA**

MILIND BHARVIRKAR,

    Claimant,

vs.                                          CASE NO:   19-CA-8273   DIV H

JOHN GLASSCOCK, individually
On behalf of

PRIATEK, LLC,

    Respondent,
_____/

## AGREED ORDER ON MOTION TO STAY ARBITRATION AND MOTION TO COMPEL ARBITRATION

**THIS CAUSE** having come before the Court on the Claimant, Milind Bharvirkar's Verified Petition to Stay Arbitration and the Respondent, John Glasscock's Motion to Compel Arbitration and upon agreement of the parties, it is hereby:

**ORDERED** and **ADJUDGED** that:

1. This matter is referred to arbitration. The arbitration shall be conducted by the American Arbitration Association pursuant to their Commercial Rules of Arbitration.

2. The arbitration shall be decided by one arbitrator, who shall be an attorney licensed in the State of Florida. Otherwise, the Commercial Rules of Arbitration shall govern the selection of the arbitrator.

3. Venue for the final hearing in the arbitration shall be in Pinellas County, Florida.

4. The arbitration shall be deemed filed as of the date the initial demand for arbitration was previously served on Milind Bharvirkar.

5. This Court reserves jurisdiction to enforce this order.


EXHIBIT B

6. This Court reserves jurisdiction hear and rule on any motions related to the arbitration, including, but not limited to, a motion to confirm arbitration award and for entry of final judgment on award.

7. This case shall be stayed pending arbitration.

**DONE** and **ORDERED** in chambers at Tampa, Hillsborough County, Florida this __ day of _____, 2020.

Electronically Conformed 3/31/2020
Steven Scott Stephens
_____
THE HONORABLE STEVEN S. STEPHENS
Circuit Court Judge

Copies furnished to:
Counsel of record