# JLG JONES LAW GROUP
## ATTORNEYS AT LAW

ROBERT S. JONES II, ESQ.
HEATH C. MURPHY, ESQ.
LEE E. TOMLINSON, ESQ.

May 21, 2019

Sent via Federal Express
Overnight to:

Milind Bharvirkar, as Manager
of Priatek, LLC
631 Addison Drive Northeast
St. Petersburg, Florida 33716
Fed Ex tracking # 7752 7414 2622

     Re:    Demand

To Whom It May Concern:

     This law firm represents John Glasscock ("Glasscock"), who is the owner of 336 units of Priatek, LLC ("Priatek"). The purpose of this letter is to demand Priatek take action in relation to serious incidents involving Milind Bharvirkar ("Bharvirkar"), who is currently an officer and member of Priatek with the largest number of membership units.

     Glasscock has recently discovered serious infractions by Bharvirkar, which include, but are not limited to:

1. Improper and unauthorized use of Priatek funds.
2. Improper and unauthorized base compensation for Bharvirkar.
3. Improper and unauthorized salary increases for Bharvirkar.
4. Numerous instances of company funds being used for Bharvirkar's personal expenses.
5. Numerous instances of company funds being used for dinners, travel, most of which have corresponding social media posts showing non-company related conduct.
6. Responsible for approximately $50,000.00 of company assets being auctioned off to pay an approximate $2,000.00 debt, which forfeiture was not disclosed to investors.
7. Bharvirkar sold personal membership units at a discount when the company was in need of money, using an unregistered broker to sell the shares, with the company paying the broker a commission.
8. Spent on average of $600,000.00/month when the company had no reasonable expectation of success and no earnings.
9. Hired a master metal worker full time and bought forge equipment to make more kiosks because the metal worker was the husband of Bharvirkar's hair stsylist, who was out of work.

EXHIBIT
C

Office: 727.571.1333    5622 Central Avenue • St. Petersburg, FL 33707    Fax: 727.573.1321

10. Recklessly spent approximately $100,000.00 updating kiosks sitting dormant in a warehouse with LED message boards that everyone disapproved of, even the consultant who works for Disney who was retained for advice.

11. Recklessly spent over $2,000,000.00 in manufacturing 275 kiosks of which less than 75 were ever deployed, and all of which are currently sitting idle.

12. Failed to take the opportunity to get out of a lease at 200 Central Avenue when the company had no earnings, but instead, sued the landlord to force another 4 years on the lease that it couldn't afford.

13. Accepted and spent funds without executed subscription agreements, resulting in needless legal costs and potential exposure to investors.

Some of these are summarized in the spreadsheet attached hereto as Composite Exhibit "1." Further, Glasscock has discovered that Bharvirkar failed to disclose payments for compensation on Form D filings with the SEC.

These actions violate Bharvirkar's fiduciary duty as manager and member of Priatek, breach the operating agreement and violate the implied duty of good faith and fair dealing.

Glasscock demands the total amount stated on the first page of Exhibit "1" be tendered by Bharvirkar to Priatek immediately as a partial payment of the damages caused to the company.

If a response is not received within five (5) days of your receipt of this letter, Glasscock will assume no action will be taken and the funds will not be tendered to Priatek. In such an event, Glasscock will bring a legal action against Bharvirkar, individually, and on behalf of Priatek.

Sincerely,

Robert S. Jones, II

RSJ/rsj
Enclosures: as stated
cc:    John Glasscock

| Total Compensation from Offerings Publicly Disclosed In Compliance With Regulation D | |
|---|---|
| 2015 Form D | $ 36,000.00 |
| 2018 Form D | |
| | |
| Total Funds Actually Taken From Company | $ 1,060,280.55 |

### Known And Documented Personal Expenses Charged To Company, Concealed From Board And Investors And Never Approved

| | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 thru Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Known Personal Credit Card Charges | | | | | | | | $ 3,414.06 | $ 2,406.64 | $ 4,411.11 | $ 8,231.81 |
| Penn Mutual Life Persons | | | | | $ - | $ 266.60 | $ 659.74 | $ 545.56 | $ 1,319.17 | $ 1,117.08 | $ 4,419.15 |
| Bebo Auto Car | | | | $ 1,648.48 | $ 3,437.69 | $ 3,369.02 | $ 3,607.33 | $ 2,978.73 | $ 3,312.71 | $ 3,330.75 | $ 19,474.48 |
| United Healthcare | | | | | $ 4,525.01 | $ 7,307.65 | $ 9,606.71 | $ 11,061.72 | $ 13,065.60 | $ 10,314.69 | $ 54,071.32 |
| KMF-KIA 2018 | | | | | | | | | $ 2,433.54 | $ 5,193.16 | $ 7,631.70 |
| KMF - Hyundai *13/*17 | | | | $ 3,461.12 | $ 5,397.63 | $ 5,683.55 | $ 8,300.49 | $ 6,345.32 | $ 3,564.77 | | $ 32,778.33 |
| Ally/GMAC | $ 6,447.70 | $ 11,421.00 | $ 921.10 | | | | | | | | $ 18,790.40 |
| Undisclosed Salary Increase (approx $3350/month for 6 months) | | | | | | | | | $ 31,633.65 | $ 3,600.00 | $ 31,834.35 |
| Movers for Mind | | | | | | | | $ 1,073.00 | | | $ 1,073.00 |
| Cable/Internet | $ 3,915.53 | $ 5,163.04 | $ 431.96 | $ 2,692.55 | $ 3,311.02 | $ 3,200.02 | | $ 2,309.57 | | | $ 12,926.55 |
| ADT Security | $ 216.22 | $ 436.44 | $ 61.30 | $ 785.55 | $ 42.65 | | | $ 189.96 | | | $ 1,142.45 |
| Electricity | $ 2,904.63 | $ 3,784.60 | $ 472.32 | $ 2,720.39 | $ 692.97 | | | | | | $ 10,555.40 |
| Water & Sewer | $ 552.42 | $ 821.35 | $ 127.05 | $ 1,012.59 | $ 322.82 | | | | | | $ 1,500.81 |
| Total | $ 13,059.50 | $ 21,627.03 | $ 2,019.23 | $ 6,531.35 | $ 17,555.25 | $ 16,787.47 | $ 33,716.21 | $ 23,318.33 | $ 55,668.04 | $ 25,326.10 | $ 206,326.67 |

### Additional Undocumented And/Or Unauthorized Charges

| | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 thru Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Base Compensation Not Approved By Board | $ 27,430.00 | $ 45,613.00 | | | $ 33,917.00 | $ 66,073.00 | $ 72,442.00 | $ 87,318.00 | $ 148,493.20 | $ 138,615.15 | $ 120,561.00 | $ 742,078.35 |
| Credit Card Charges with No Documentation | | | | | | | | | $ 13,872.91 | $ 23,570.62 | $ 20,563.60 | $ 58,156.53 |
| AAA Prepaid Cards 4/12/18, 6/26/18 | | | | | | | | | | | $ 4,000.00 | $ 4,000.00 |
| Undocumented W2 Issued 4/8/2018 | | | | | | | | | | | $ 10,000.00 | $ 10,000.00 |
| 3 Unauthorized EFTs To MFcdi 3/13/18 - 7/23/18 | | | | | | | | | | | $ 8,000.00 | $ 8,000.00 |
| Check #5384 | | | | | | | | | | | $ 2,000.00 | $ 2,000.00 |
| Loan | | | | | | | | | $ 20,000.00 | | | $ 20,000.00 |
| Kistner Law - Personal Attorney | | | | | | | | | | | $ 10,950.00 | $ 10,950.00 |
| Total | $ 27,430.00 | $ 45,613.00 | $ - | | $ 33,917.00 | $ 66,073.00 | $ 72,442.00 | $ 87,318.00 | $ 178,615.11 | $ 162,215.77 | $ 176,074.00 | $ 855,184.88 |



EXHIBIT

**Credit Card Charges with Corresponding Personal Social Media Posts**

| Date | Description | Amount |
|---|---|---:|
| 10/1/2016 | Speedway - Lake Buenva Vista | 23.25 |
| 10/1/2016 | MGM Studios | 112 |
| 10/16/2016 | Wharf Restaurant | 49.62 |
| 10/19/2016 | Rumfish | 169 |
| 10/19/2016 | Castile Restaurant | 50.94 |
| 11/19/2016 | Hotwire Hotels | 261.71 |
| 11/19/2016 | Riviera Hotel - Miami | 41.04 |
| 11/18/2016 | 2merair Arena - Miami | 29 |
| 11/18/2016 | Chic-fil-a Bradenton | 14.65 |
| 11/19/2016 | Mr. Chow - Miami | 300.97 |
| 11/19/2016 | Apple itunes | 12.99 |
| 11/19/2016 | Riviera Hotel - Miami | 42.8 |
| 11/19/2016 | Miami Beach | 7 |
| 11/19/2016 | Miami Beach | 5 |
| 11/19/2016 | Riviera Hotel - Miami | 7.63 |
| 11/19/2016 | Sugarcane Raw Bar | 135.56 |
| 11/19/2016 | Ocean Dell Mkt | 4.28 |
| 11/19/2016 | Ocean Dell Mkt | 11.51 |
| 11/20 | Starbucks | 9.89 |
| 11/20 | Riviera Hotel | 10.9 |
| 11/20 | Shell | 20.33 |
| 11/20 | Casablanca Cae | 83.75 |
| 11/20 | Ocen Deli Market | 11.24 |
| | | 1415.06 |

Credit Card Charges with Corresponding Personal Social Media Posts

| Date | Description | Amount |
|---|---|---|
| 1/9/2017 | United | 7.99 |
| 1/13/2017 | Dunkin - MA | 2.11 |
| 1/14/2017 | Tavolino - Foxboro | 27.43 |
| 1/15/2017 | Toby Keith's - Foxboro | 14 |
| 1/15/2017 | Southwest | 150 |
| 1/15/2017 | TPA Luggage | 5 |
| 1/15/2017 | ABM Parking | 54 |
| 2/2/2017 | Amalie Concessions | 38.5 |
| 2/26/2017 | Americrown at Speedway-Daytona | 35 |
| 2/26/2017 | Americrown at Speedway-Daytona | 18 |
| 2/26/2017 | Shell - Orlando | 35 |
| 3/20/2017 | Parking-Treasure Island | 25 |
| 3/20/2017 | Friendly Fisherman - Madeira Beach | 64.63 |
| 4/15/2017 | Fresh Kitchen | 50.59 |
| 6/13/2017 | Parc Corniche | 8.95 |
| 6/13/2017 | Parc Corniche | 1.75 |
| 6/13/2017 | Joe's Crabshack | 23.76 |
| 6/13/2017 | Walgreens-Kissimmee | 8.88 |
| 6/14/2017 | Orlando | 20.6 |
| 9/11/2017 | Gulf Oil - Nashville | 50.01 |
| 9/13/2017 | Cheddars - Nashville | 104.77 |
| 9/14/2017 | Murphy Oil | 25 |
| 9/14/2017 | Twice Daily - Brentwood, TN | 39 |
| 9/15/2017 | Marathon Petro | 29.01 |
| 9/15/2017 | Grub Burger | 19.69 |
| 9/11/2017 | Nashville Zoo | 4 |
| 9/12/2017 | Frist Center- Nashville | 26.83 |
| 10/16/2017 | Omni | 100.45 |
| 10/14/2017 | Morimoto - Epcot Food & Wine | 94.94 |
| 10/22/2017 | Grand Hyatt Restaurant Tampa | 109.5 |
| 12/22/2017 | Amazon | 16.94 |
| 12/27/2017 | Lattitude - MA | 37.11 |
| 12/28/2017 | FLR - MA | 30.25 |
| 12/28/2017 | UBER | 10.5 |
| 12/28/2017 | UBER | 12.83 |
| 12/29/2017 | UBER | 11.01 |
| 12/29/2017 | UBER | 9.21 |
| 12/29/2017 | UBER | 5 |
| 12/30/2017 | UBER | 7.42 |
| 12/29/2017 | Park-serve NY | 65 |
| 12/29/2017 | Sheraton NY | 417.06 |
| 12/30/2017 | Sheraton NY | 80.37 |
| 12/30/2017 | Enterprise - MA | 509.55 |
| | Total | 2406.64 |

**Credit Card Charges with Corresponding Personal Social Media Posts or Known Vacations**

|  | | |
|---|---|---:|
| | 1/28/2018 Rosen Centre - Orlando | 57.76 |
| | 2/15/2018 Hotwire Hotels | 120.5 |
| | 2/18/2018 Hilton Orlando Folio | 174.11 |
| | 2/19/2018 Rosen Centre - Orlando Folio | 55.2 |
| | 3/16/2018 Disney Resorts | 308.25 |
| | 4/10/2018 Shrimp Store St. Pete | 136.94 |
| | Europe Trip - No Documentation | |
| Family Vacation 7/20/18 - 8/5/: | 7/20/2018 Ruth's Chris | $ 126.47 |
| | 7/21/2018 Asie | $ 117.37 |
| | 7/23/2018 PF Changs | $ 77.45 |
| | 7/23/2018 Starbucks | $ 10.81 |
| | 7/24/2018 UBER | $ 11.39 |
| Miami Trip | 7/24/2018 Hotwire | $ 740.26 |
| | 7/24/2018 Speedway | $ 39.04 |
| | 7/25/2018 UBER | $ 12.87 |
| | 7/26/2018 Chevron - Hialeah | $ 34.01 |
| | 7/27/2018 Enterprise Rent-a-car | $ 495.58 |
| | 7/27/2018 Chevron | $ 48.50 |
| | 7/27/2018 Tap Room | $ 51.61 |
| | 7/28/2018 Oak and Stone | $ 40.57 |
| Orlando Trip | 7/28/2018 Wawa - Plant City | $ 39.00 |
| | 7/28/2018 UBER | $ 3.00 |
| | 7/30/2018 Disney Parking | $ 23.00 |
| | 7/31/2018 Epcot - Mexico Pavilion | $ 131.96 |
| | 7/31/2018 Epcot - Mexico Pavilion | $ 90.42 |
| | 8/1/2018 Dave & Buster's Orlando | $ 61.00 |
| | 8/1/2018 Taverna Opa | $ 577.64 |
| | 8/2/2018 Dockside Diner Lake Buena Vista | $ 29.81 |
| | 8/4/2018 Shell Oil Saint Cloud | $ 49.00 |
| | 8/5/2018 Home Team Car wash | $ 15.00 |
| | 8/5/2018 Shell Oil St. Pete | $ 50.05 |
| | 8/5/2018 Baytenders | $ 107.74 |
| | 8/5/2018 Home Depot | $ 19.40 |
| Charges After Under Investigati | 10/1/2018 7-eleven | 44.31 |
| | 10/1/2018 UBER | 14.77 |
| | 10/1/2018 UBER | 1 |
| | 10/1/2018 UBER | 6.26 |
| | 10/1/2018 UBER | 1 |
| | 10/3/2008 Tebella Tea | 3.14 |
| | 10/4/2018 UBER | 7.62 |
| | 10/5/2018 Bob Lee's Tires | 44.93 |
| | 10/5/2018 Chevron | 38.2 |
| | 10/7/2018 Mise En place | 38.25 |
| | 10/7/2018 Bob Lee's Tires | 29.96 |
| | 10/7/2018 The Tap Room | 50.8 |
| | 10/9/2018 Tebella Tea | 9.01 |
| | 10/11/2018 Hilton Hotels | 30.68 |
| | 10/12/2018 Panera | 5.26 |
| | 10/14/2018 Racetrack | 46 |
| | 10/14/2018 UBER | 14.41 |
| | 10/14/2018 UBER | 2 |
| | 10/14/2018 UBER | 18.07 |
| | 10/14/2018 UBER | 2 |
| | 10/14/2018 Gratzzi Italian | 62.04 |
| | 10/14/2018 Castile Restaurant | 85.69 |

4411.11