From: **Milind Bharvirkar** <milind101926@gmail.com>
Date: Thu, May 23, 2019 at 7:26 PM
Subject: resend Priatek update
To: To:



(Recipient list largely redacted. Visible names include: Pam Matera, Power Speaker, anil kurugode, Bob Milton, Brian Quimby, Charles Higdon, Cosey Coleman, Derek Taul, Don Adams, Robert Griffin, Fred Heravi, Jeremy Ramos, Jerry Livers, TIMOTHY M HENTHORNE, Rommel Encisa, Matthew Doniger, Tom Ayer, Lawrence Butler, Lionel Francis, Steve G, Remy Briam, matt diaz, Marion LaPierre, C. Guy Grace, Minesh Patel, Gen Ferland, Idnani Suresh, Scott Marone, Burton Brown, Gary Clarin, Alton Faircloth, Terrence, Kelli Ogboke, Dr Vijay Patel, mark schulze, Gregory Bunn, Krishna Nallamshetty, Robin Morgan, Anju Bhattarai, Carol Briam, Sareet Majumdar, Srinivas Sanka, Walter Matthews, Hoshedar Tamboli, Ron Richardson, Brigide Avila, John and Joy Flaxel, Bruce Kamm, John King, Kirk Diebold)

**EXHIBIT E**



I'm resending this update. I forgot a couple email addresses. Many of you are communicating with me directly, yet feel free to let the group know your thoughts.

I'm especially grateful for people that have committed their time, money, and energy to try to save Priatek. Thank you.

Read below.

Hello Investors,

I want to share an update and the actions underway to support Priatek.

We are in the process of thoroughly assessing and confirming the overall state of the business, including Priatek's assets and debt. It is clear that a new governance structure will need to be put in place as quickly as possible, to make and support critical decisions going forward. The #1 objective is to ensure Priatek is a success.

To help support Priatek's success, a number of investors have started to help us develop an agenda that will allow us to take the necessary critical next steps. I am encouraged that they can help us develop the insights and much needed

revised focus. These investors are organizing and are determined to help us establish a planning framework to help us renew our efforts.

The committee of investors formed include skilled and generous people focused on the well being of all investors. This special committee nominated Mike Brazerol to serve as a focal point to help galvanize the voice of the investors and to help add the energy, discipline and most importantly the spirit of goodwill to help us rally around. I am thankful for their efforts and I want to let everyone know that they have my support. I have shared my ideas and they are eager to hear and understand other viable options as well.

The next immediate action is to facilitate a revised Plan with broad support so that Priatek can position itself to relaunch its efforts. This committee has already been helpful in writing correspondence and recovering some important assets of the company. They are in the process of requesting and scheduling meetings to begin the Plan development efforts.

More updates will follow as our progress continues.

Milind