

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

09/07/2021 10:00 AM

COURTROOM  6A, 6th Floor

**HONORABLE KAREN JENNEMANN**

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 6:21-bk-00835-KSJ | Chapter 11 | 05/28/2021 |
| **ADVERSARY:**  6:21-ap-00094-KSJ | | **Pltf Atty:**  Robert S Jones |
| | | **Dft Atty:** Jeffrey   Ainsworth |

**DEBTOR:**      Milind Shashi Bharvirkar

**HEARING:**

Glasscock v. Bharvirkar

(ZOOM)   Glasscock v. Bharvirkar
Plf Atty: Robert Jones
Def Atty:   Jeffrey Ainsworth
Pretrial Conference
Defendant's Motion to Dismiss (Doc #6)
Plaintiff's Opposition to Motion to Dismiss (Doc #9)
Note:
Answer due 7/2/21
Notice of Filing Letters from Priatek Board (Doc #14)
Nature[s] of Suit:
67   Dischargeability - 523(a)(4), fraud as fiduciary, embezzlement, larceny
62   Dischargeability - 523(a)(2), false pretenses, false representation, actual fraud
68   Dischargeability - 523(a)(6), willful and malicious injury
.

**APPEARANCES::**   Robert Jones (Plf Atty); Jeffrey Ainsworth (Def Atty); Audrey Aleskovsky (US Trustee Atty);

**RULING:**
(ZOOM)   Glasscock v. Bharvirkar

Pretrial Conference -   cont. to November 9, 2021 at 1:00 pm (AOCNFNG);

Defendant's Motion to Dismiss   (Doc #6) - Denied:Order by Court;

Note:Answer due 10/1/2021;
(cm/gww).
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.