ORDERED.

Dated: September 30, 2021

*Karen S. Jennemann*
Karen S. Jennemann
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

In re:

MILIND SHASHI BHARVIRKAR,

    Debtor.
_____/

JOHN GLASSCOCK,

    Plaintiff,

v.

MILIND SHASHI BHARVIRKAR.

    Defendant.
_____/

Case No. 6:21-bk-00835-KSJ
Chapter 11
Subchapter V

Adv. Proc. 6:21-ap-00094-KSJ

**ORDER GRANTING STIPULATION FOR SUBSTITUTION OF COUNSEL**
**FOR DEFENDANT, MILIND SHASHI BHARVIRKAR**

THIS CAUSE is before the Court without a hearing on the Stipulation for Substitution of Counsel for Defendant, MILIND SHASHI BHARVIRKAR ("Defendant") (Doc. 17, "Stipulation"), filed September 29, 2021. Upon review of the Stipulation, being advised that

1

Defendant has consented to the substitution, and being otherwise fully informed in the premises, it is hereby

**ORDERED:**

1. The Stipulation for Substitution of Counsel for Defendant, MILIND SHASHI BHARVIRKAR (Doc. 17) is **GRANTED**.

2. Derek Usman, Esq., shall be substituted as counsel of record in place of the law firm BransonLaw, PLLC, Jeffrey S. Ainsworth, Esq., Jacob D. Flentke, Esq., and Flentke Legal Consulting, PLLC (Of Counsel to BransonLaw, PLLC).

3. BransonLaw, PLLC, Jeffrey S. Ainsworth, Esq., Jacob D. Flentke, Esq., and Flentke Legal Consulting, PLLC, shall have no further duties, obligations, or responsibility with respect to this adversary proceeding.

# # #

Attorney Jeffrey S. Ainsworth is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this order